CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 3 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CURTIS W. KING, | ) |
| | ) Civil Action No. 7:10cv00474 |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) **FINAL ORDER** |
| GENE JOHNSON, | ) |
| | ) By: Hon. James C. Turk |
| Respondent. | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's Motion to Dismiss (Dkt. No. 4) is **GRANTED**, and the Petitioner's 28 U.S.C. § 2254 motion (Dkt. No. 1) is **DISMISSED.**

The Clerk of Court is directed to strike the case from the active docket of the Court, and send copies of this Final Order and accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

ENTER: This 3rd day of January, 2011.

_/s/ James C. Turk_
Senior United States District